**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IZMO DIGITAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 4:26-cv-10260 |
| v. | ) | |
| | ) | |
| EXCLUSIVELY HYBRID LLC | ) | **DEMAND FOR JURY TRIAL** |
| | ) | |
| Defendant. | ) | |

# COMPLAINT AND JURY DEMAND

Plaintiff, IZMO DIGITAL, INC. ("***izmo***" or "***Plaintiff***") brings this suit against Defendant EXCLUSIVELY HYBRID LLC ("***Defendant***"), and alleges as follows:

## PARTIES

**1.** izmo is a Delaware corporation with its principal place of business in San Francisco, California.

**2.** Defendant is a corporation organized under the laws of the state of Florida, with a place of business at 1050 Old Dixie Hwy #24, Lake Park, Florida 33403. Records from the Florida Division of Corporations identifies Defendant's registered agent for service of process as Alexander Valler, 1050 Old Dixie Hwy 24, Lake Park, Florida 33403.

**3.** izmo is informed and believes that Defendant has engaged in business in this District by, among other things, offering for sale and selling hybrid batteries and/or cells (collectively "batteries") in the state of Texas. Defendant has a website at https://www.exclusivelyhybrid.com/ that has included the infringing images complained of herein. Defendant also maintains social media pages, such as a Facebook page, to maintain contact with customers and potential customers

throughout the United States, including the State of Texas. Defendant is subject to the jurisdiction of the state of Texas and this judicial district.

**4.** Defendant advertises, distributes, and sells batteries throughout the United States placing such batteries in the stream of interstate commerce, including in the state of Texas and offers “Free Shipping to the 48 Continental United States” and offers “No Hassle Free Core Return Pickup in the 48 Continental United States! Simply call/email us to schedule the Core Pickup.” Defendant “supplies new and refurbished hybrid batteries to independent automotive repair shops, dealerships, and service centers throughout the 48 contiguous United States.”

**5.** Defendant’s website is highly interactive in nature, facilitating contractual relationships, such as the purchase of Defendant’s batteries, and the transmission of information over the internet in order for Defendant to make a sale of advertised batteries to a customer. Defendant’s website encourages customers and potential customers to interact by purchasing batteries offered for sale by Defendant via its website.



**6.** Defendant's website interacts with customers and provides information related to its batteries that a customer using the "Add to cart" button can place batteries in a "cart" for purchase. See image in the preceding paragraph.

**7.** Defendant's website thereafter interacts with customers to "Checkout" to purchase Defendant's batteries, and provides shipping information and rates to the customer, including customers in the state of Texas.

**8.** Defendant further interacts with its customers by notifying the customer that an order has been placed and provides an order number.

**9.** Defendant advertises, distributes, and sells products throughout the United States placing such products in the stream of interstate commerce, including in the state of Texas.

## JURISDICTION AND VENUE

**10.** This action arises under the Copyright Act of 1976, 17 U.S.C. § 101 *et seq*.

**11.** This Court has federal question jurisdiction under 28 U.S.C. §§ 1331and 1338(a).

**12.** Venue in this judicial district is proper under 28 U.S.C. §§ 1391(b), (c) and/or (d), and 1400(a).

## FACTUAL ALLEGATIONS

**13.** izmo creates a wide collection of photographic images of automobiles and accessories at its studios in Santa Ana, California and Brussels, Belgium (the "Images"). It has created hundreds of thousands of images and registered the copyrights to those images with the United States Copyright Office and received Certificates of Copyright Registration for them. izmo spent substantial time, money and talent creating its studios and producing, developing, and marketing the Images.

**14.** izmo licenses the Images to third parties for use on their websites and in their businesses. Potential customers of izmo may purchase licenses from izmo for use of the Images for certain regions, media, purposes, and terms of use. The Images are original photographs of various vehicles, created by izmo. The Images reflect izmo's decisions about lighting, shading, angle, and background. They are thus copyrighted works under the Copyright Act of 1976.

**15.** izmo image library consists of model level coverage from 2002 forward for U.S. car models, and from 2008 forward for European car models.

**16.** izmo also syndicates its data to partners who display the listings on their websites. izmo's clients include automobile dealers, advertising, and marketing companies as well as major car rental companies including Hertz, Budget/Avis, Europcar, and Enterprise. With respect to rental car companies, izmo enters multi-year contracts providing its entire library of images so that the companies can use the photographs that match the vehicles in their fleet. These license agreements carry substantial fees and establish terms intended to further protect izmo's intellectual property, including the following terms: (a) the images may be used on licensed domains only; (b) the images may not be altered, including name, copyright notice, except when expressly permitted; (c) the images must remain associated to the rental listing for which it is provided; and (d) the image is not permitted to be relicensed.

**17.** Defendant is a company that offers to sell and sells batteries in the United States which are listed or otherwise identified or searchable on Defendant's website. As part of the promotion of its batteries, Defendant displayed photographs of automobiles on its website.

**18.** For certain of Defendant's batteries listings, Defendant included izmo's images on its website. izmo has discovered that Defendant used at least 8 of izmo's copyrighted images and is

informed and believes and on that basis alleges that Defendant used additional copyrighted images without izmo's knowledge or consent.

**19.** On November 24, 2023, izmo discovered that Defendant was displaying izmo's copyrighted images on Defendant's website.

**20.** Defendant was well-aware that these images belonged to izmo, were protected by copyright and only available for use if licensed from izmo at least as early as January 12, 2024. However, Defendant never entered into a licensing agreement with izmo.

**21.** izmo is informed and believes and on that basis alleges that Defendant copied, reproduced, and used izmo's images for commercial purposes.

**22.** The izmo Copyright Registrations and izmo Image Name in the Copyright Registrations infringed by Defendant are set forth in the table below, a copy of which is included in Exhibit A.

| Unlicensed izmo images used by Exclusively Hybrid on its website: https://exclusivelyhybrid.com/ | | |
|---|---|---|
| Sl. No. | izmo Image Name | U.S. Copyright Registration Number |
| 1 | toyota_17priustwo4a_angularfront | VA0002227290 |
| 2 | toyota_15prius3a_angularfront | VA0002103209 |
| 3 | toyota_17priusvfourmp2a_angularfront | VA0002103208 |
| 4 | toyota_15priusc3a_angularfront | VA0002240335 |
| 5 | toyota_10camryle_frontview | VA0002146441 |
| 6 | honda_20civichatchspttrghb10ra_angularfront | VA0002215268 |
| 7 | nissan_22pathfinderslsu5a_angularfront | VA0002285015 |
| 8 | toyota_14priusplugin3a_angularfront | VA0002103205 |

**23.** Below is one example of infringement by EXCLUSIVELY HYBRID LLC. The photograph immediately below is one of izmo's copyrighted Images.



**24.** The screen capture below obtained on or about November 24, 2023 is an example of Defendant's use of izmo's copyrighted Images.



**25.** Additional examples of Defendant's use of izmo's copyrighted images include the following.







Buy New & Reconditioned Toyo
exclusivelyhybrid.com/toyota/camry/
We're known for our incredible 24-hour customer customer service, so don't hesitate to contact us.
Available Monday through Friday, 8:30AM–5:30PM EST.
Check out our other services if you need help with installation.
See our location information to get in touch in person.
UNDERSTAND YOUR OPTIONS FOR HYBRID BATTERY REPLACEMENT
When you go to get your hybrid batteries evaluated, many mechanics will simply replace a few bad cells and send you on your way. This is a short-term solution but a poor long-term solution. Not all cells fail at the same time meaning you'll return to the mechanic each time a few go bad. Keep in mind there are usually dozens of cells in a Camry hybrid battery, so you may be making several costly trips to get replacement cells.
Better fuel economy - Better energy capacity
Better acceleration - Better flow of energy due to low resistance
Longer battery life - Less energy use when the car is not in use
REPLACEMENT BATTERIES FOR TOYOTA CAMRY


Buy New & Reconditioned Hon
exclusivelyhybrid.com/honda/civic/
GOT A QUESTION?
We're known for our incredible 24-hour customer customer service, so don't hesitate to contact us.
561-299-0609
Available Monday through Friday, 8:30AM–5:30PM EST.
REPAIR SERVICE
Check out our other services if you need help with installation.
LOCATION
See our location information to get in touch in person.
UNDERSTAND THE BEST OPTIONS FOR REPLACING YOUR HONDA CIVIC HYBRID BATTERY
While your first instinct may be to head to your Honda dealership or local mechanic and purchase a brand new hybrid battery for your vehicle, other options are available to save you money! While a brand new battery can cost upwards of $3,000, you can get a reconditioned hybrid battery for a fraction of the cost from Exclusively Hybrid. Our batteries are backed by a 12,000 mile or 1-year warranty for your peace of mind.
Better fuel economy - Better energy capacity
Better acceleration - Better flow of energy due to low resistance
Longer battery life - Less energy use when the car is not in use



The Best 7 Seater Hybrid SUV: T

exclusivelyhybrid.com/best-7-seater-hybrid-suv/

- **Engine**: 1.6L 4-cylinder hybrid
- **MPG**: 39 city / 35 highway
- **Safety Rating:** 5/5 (NHTSA)
- **MSRP**: $34,000

Pros And Cons Of The Kia Sorento Hybrid

PROS

- Impressive fuel efficiency
- User-friendly infotainment system
- Competitive starting price

CONS

- Third-row seating best suited for children
- Some rivals have a more upscale interior

9. Nissan Pathfinder Hybrid

The Nissan Pathfinder Hybrid is a well-rounded option, offering a comfortable ride, spacious cabin, and strong towing capacity. Its hybrid powertrain provides a good balance between power and efficiency.

- **Engine**: 2.5L 4-cylinder hybrid
- **MPG**: 26 city / 28 highway
- **Safety Rating**: 4/5 (NHTSA)
- **MSRP**: $40,500

Pros And Cons Of The Nissan Pathfinder Hybrid

PROS

- Roomy and comfortable interior
- Capable towing capability

CONS

- Interior materials could be more upscale

**26.** The copyrights for all images that are the subject of this Complaint were registered before izmo discovered Defendant's infringing activity.

**27.** Pursuant to a written assignment, izmo owns all right, title, and interest in the copyrighted images identified above, including all accrued causes of action and the right to enforce its copyrights and recover damages for past, present, and future infringement.

**28.** Defendant publicly and unlawfully reproduced and/or displayed the copyrighted images without izmo's authorization, consent, permission, license, and without compensation to izmo.

## CLAIM FOR RELIEF

## <u>CAUSE OF ACTION</u>
## (COPYRIGHT INFRINGEMENT)

**29.** izmo repeats and realleges every allegation contained in Paragraphs 1- 28 as if fully set forth herein.

**30.** izmo is the owner of valid copyright registrations in the Images.

**31.** Without authorization, consent, permission, license, and/or compensation, Defendant publicly and unlawfully reproduced and/or displayed izmo's copyrighted images in violation of at least 17 U.S.C. §§ 106(1), (2) and (5) and 501 and thereby infringed izmo's copyrights.

**32.** Defendant's infringement includes, but is not limited to, at least the 8 images identified in this Complaint and Exhibit A.

**33.** Each of the Images, including each of the 8 images identified in this Complaint, is a separate work.

**34.** izmo is informed and believes and on that basis alleges that Defendant's infringement was willful, intentional, and/or reckless. Defendant was aware that izmo owned the Images and would permit use of them only pursuant to a license agreement and Defendant never entered into any such agreement with izmo and displayed and/or distributed izmo's photographs despite such knowledge.

**35.** izmo has been damaged by Defendant's conduct in an amount to be proven at trial.

**36.** izmo is entitled to recover actual damages suffered by it as a result of Defendant's infringement and profits of the Defendant attributable to Defendant's infringement pursuant to 17 U.S.C. § 504(b).

**37.** izmo is entitled to an award of statutory damages pursuant to 17 U.S.C. § 504(c).

**38.** izmo is entitled to an award of its costs incurred to enforce its copyrights, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505.

**39.** Defendant's conduct has caused and any continued infringing conduct will continue to cause irreparable injury to izmo unless enjoined by this Court. izmo has no adequate remedy at law. Pursuant to 17 U.S.C. § 502, izmo is entitled to a permanent injunction prohibiting infringement of izmo's exclusive rights under copyright law.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure Rule 38, izmo hereby demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREAS izmo prays for relief as follows:

1. For an award, at izmo's election, pursuant to 17 U.S.C. § 504 of either (1) the actual damages suffered by izmo with respect to past infringement, plus any additional profits of Defendant that are attributable to the infringement that are not taken into account in computing actual damages; or (2) statutory damages as provided by Section 504(c) in an amount to be proven at trial.

2. For a finding that the infringement by Defendant was willful, and for an award to izmo, at its election, of statutory damages against Defendant for willfully committing infringement as provided by 17 U.S.C. § 504 in an amount to be proven at trial.

3. For an order that Defendant account for all sales, revenues, costs and profits from their wrongful conduct and unauthorized use of izmo's copyrights, and that Defendant pay izmo damages in an amount to be proven at trial, but including Defendant's profits and actual damages suffered by izmo as a result of Defendant's wrongful acts;

4. For an order pursuant to 17 U.S.C. § 502 permanently enjoining Defendant and its agents, servants, employees, and all other persons who are in active concert or participation with any of the aforementioned from publishing izmo's copyrighted images or any other work derivative of izmo's copyrighted images;

5. For an award of izmo's attorneys' fees, expenses, and costs, pursuant to 17 U.S.C. § 505;

6. For an award to izmo of pre- and post-judgment interest; and

7. For an award to izmo of such other and further relief as the Court deems just and proper.

Dated: November 24, 2026

*/s/ John T. Polasek*

John T. Polasek
Texas Bar. No. 16088590
The Polasek Law Firm, PLLC
2401 Fountain View Dr., Suite 316
Houston, Texas 77057
Telephone: (832) 485-3580
ted@polaseklaw.com

*Attorney for Plaintiff*